UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                                    CHAPTER 11

BRUCE SHERR,                                                  CASE NO. 22-22071 shl

Debtor.

-------------------------------------------------------X

**AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**

Bruce Sherr, the debtor herein (the "Debtor"), upon penalties of perjury, respectfully states:

1. I am the Debtor in this case. I submit this affidavit pursuant to Federal Rules of Bankruptcy Procedure 1007(d) and Local Bankruptcy Rule 1007-2.

2. I am a real estate investor. I am the sole member of a limited liability company called B&H Ventures, LLC which in turn has title to approximately 80 properties, mostly single-family homes located in Baltimore Maryland.

3. I also own a home in Stony Point, New York and I own 50% of a house located in Pomona, New York. Both properties are encumbered with mortgages, but I am current.

4. With respect to the Baltimore properties, I am the Guarantor in my personal capacity for all the loans secured by the real estate.

5. Over the past several years, the business has been chaotic, with most of the real estate now "underwater". I believe that only four parcels out of the total have some equity.

6. I have also been litigating in state court against several individuals with claims related to the real estate and loans. The litigation has gone on for more than a year at great expense in legal fees but was not moving in any positive clear direction.

6. I have also been litigating in state court against several individuals with claims related to the real estate and loans. The litigation has gone on for more than a year at great expense in legal fees but was not moving in any positive clear direction.

7. These are the main reasons I filed the Chapter 11 bankruptcy petition. I want to re-organize my personal investment portfolio while under the protection of the automatic stay.

8. None of my property is currently in the possession or custody of any custodian, receiver, public officer, mortgagee, pledge, assignee of rents, but all are encumbered by mortgages, many in excess of any equity in the property.

9. I receive income monthly from rental payments for some of the Baltimore properties.

10. A list of my creditors has been set forth on my petition, filed with the Court.

11. I am committed to formulating a Chapter 11 plan that reorganizes my financial affairs and pays creditors over a period of time. I expect that part of my plan will involve surrendering properties that are underwater with no chance at short-term rehabilitation.

Dated: New City, York
       March 1, 2022

s/ _Bruce Sherr_
Bruce Sherr

_[signature]_
Notary