UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X     Case No.  22-22071 (SHL)
In re:

BRUCE SHERR,                                             Chapter 11

                      Debtor.
--------------------------------------------------X

In re:                                                  Case No. 22-22084 (SHL)

B&H VENTURES, LLC,                                      Chapter 11

                      Debtor.
--------------------------------------------------X

## ORDER REOPENING CASES AND AWARDING FIRST AND FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO MICHAEL A. KOPLEN, ATTORNEY FOR DEBTORS

      Upon the application (the "Application") of Michael A. Koplen, Esq., to reopen these Chapter 11 cases for the limited purpose of seeking payment of professional fees and expenses [ECF No. 33, Case No. 22-22071]]; and it appearing that good and sufficient notice of the Application has been given; and after a hearing on May 17, 2022, and for the reasons stated on the record at the hearing on the Application; and for good and sufficient cause, it is hereby

      **ORDERED** that the Application is granted to the extent provided herein; and it is further

      **ORDERED** that the cases are reopened for the limited purpose of awarding Mr. Koplen the fees and expenses he has requested up to (but not beyond) the $10,000 that Mr. Koplen is holding as a prepetition retainer; and it is further

      **ORDERED** that counsel for the Debtor is awarded first and final allowance of compensation of $10,000 for services rendered and reimbursement of expenses in the amount set forth on the accompanying Schedule, which shall be paid only to the extent of the funds available in the prepetition retainer provided by the Debtor; and it is further

      **ORDERED** that, the objection filed by Mr. Bruce Sherr, dated August 9, 2022 [ECF No. 36] is hereby overruled.  Mr. Sherr was present at the hearing on May 17, 2022 when the Application was presented to the Court and did not object at that time to the requested payment of $10,000 in fees and expenses to Mr. Koplen from the funds still being held in escrow by Mr. Koplen.  The Court further notes that Mr. Sherr's objection seems to be to the prospect of Mr. Koplen seeking additional fees beyond the $10,000 discussed at the hearing on

May 17, 2022. But no such additional fees and expenses (beyond the $10,000 granted here today) appear to be requested by Mr. Koplen nor will the Court grant any such additional fees and expenses; and it is further

ORDERED that, with the purpose for which these cases were reopened having been accomplished, these cases are closed.

Dated: White Plains, New York
August 22, 2022

*/s/ Sean H. Lane*
United States Bankruptcy Judge

Case No.: 22-22071 SHL

Case Name: Bruce Sherr, Chapter 11

### CURRENT INTERIM FEE PERIOD

February 16, 2022 through May 17, 2022

**Schedule A**

| (1 Applicant) | (2) Date/Document No. of App | (3) Interim Fees Requested | (4) Fees Allowed | (5) Fees to be Paid for Current Period | (6) Fees to be Paid for Prior Periods | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| M. Koplen | 4/25/2022  (#34) | 7096 | 7096 | 7096 | n/a | 7096 | 2905 | 2905 |

DATE ON WHICH ORDER WAS SIGNED: 8/22/2022       INITIALS: SHL USBJ

Case No.:  22-22071 SHL

Case Name:  Bruce Sherr, Chapter 11

**FINAL FEE APPLICATION TOTALS**

February 16, 2022 through May 17, 2022

**Schedule B**

| (1)  Applicant | (2)  Total Fees Requested | (3)  Total Fees Paid | (4)  Total Expenses Requested | (5)  Total Expenses Paid |
|---|---|---|---|---|
| Michael A. Koplen, Esq. | 7096 | 7096 | 2905 | 2905 |

DATE ON WHICH ORDER WAS SIGNED: 8/22/2022            INITIALS: SHL USBJ